UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA RIGGIO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-643** |
| **KILOLO KIJAKAZI<br>ACTING COMMISSIONER<br>SOCIAL SECURITY ADMINISTRATION** | **SECTION: "P" (4)** |

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendations ("R&R"),[1] the objections of Plaintiff Melissa A. Riggio to the R&R, as well as the Social Security Administration's response and reply thereto, the Court hereby approves the R&R, and adopts it as its opinion in this matter.

Accordingly, it is ordered that the decision of the Administrative Law Judge denying Melissa A. Riggio's claim for Disability Insurance Benefits and Title II Disability be AFFIRMED.

New Orleans, Louisiana, this 27th day of November 2023.

_____
**DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 23.